**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Nathan Rook Bakes,<br><br>Debtor. | Case No. 25-13962-AMC<br>Chapter 13 |

**Certificate of Service**

I, Michael A. Cibik, certify that on December 10, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: December 10, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**

Robert NC Nix, Sr. Federal Building 900
Market Street
Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**

2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

## Method of Service - First Class Mail:

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

AmSher Collection Services
4524 Southlake Parkway Suite 15
Birmingham, AL 35244

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
c/o Ais Portfolio Services
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Genesis FS Card Services
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

Halsted Financial
PO Box 828
Skokie, IL 60076

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**LVNV Funding LLC/ Resurgent Capital Services**
Resurgent Correspondence, Attn: Bankruptcy PO Box 1269
Greenville, SC 29602

**Midland Credit Mgmt**
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

**Mohelaservcn**
PO Box 9500
Wilkes Barre, PA 18773

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Toyota Financial Services
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025-9001

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683

**Uheaa/doe**
PO Box 82561
Lincoln, NE 68501

**Wells Fargo**
Attn: Bankruptcy
3217 S Decker Lake Dr
W Valley City, UT 84119-3284

**US Department of Education c/o Nelnet**
121 S 13th St
Lincoln, NE 68508

**Bonneville Collections**
PO Box 150621
Ogden, UT 84415