UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　Nathan Rook Bakes<br><br>　　　　　　　　Debtor | Chapter 13<br>Bankruptcy No.25-13962-AMC |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 15th day of January, 2026, by first class mail upon those listed below:

Nathan Rook Bakes
516 Molly Pitcher Dr
Collegeville, PA  19426-3053

**Electronically via CM/ECF System Only:**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102

　　　　　　　　　　　　　　　　　　　　　　/s/ Kristen Gliem
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Kristen Gliem
　　　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee