UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | | Chapter 13 |
| Nathan Rook Bakes | | |
| | | Bankruptcy No. 25-13962-AMC |
| Debtor | | |

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 09/30/2025.

3.      This Motion to Dismiss has been filed for the following reason(s):

- There has been unreasonable delay as defined by 11 U.S.C Section 1307(c)(1) by the above-captioned Debtor(s).

- The Plan does not appear to be feasible.

        WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 03/19/2026                                    Respectfully submitted,

                                                                /s/ Ann Swartz, Esq.
                                                                Ann Swartz, Esq.
                                                                for
                                                                Scott F. Waterman, Esq.
                                                                Standing Chapter 13 Trusteee
                                                                2901 St. Lawrence Avenue, Suite 100
                                                                Reading, PA  19606
                                                                Telephone: (610) 779-1313