UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

       Nathan Rook Bakes

               Debtor

Chapter 13

Bankruptcy No. 25-13962-AMC

CERTIFICATE OF SERVICE

      I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 19th day of March, 2026 by first class mail upon those listed below:

Nathan Rook Bakes
516 Molly Pitcher Dr
Collegeville, PA  19426-3053

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

Office of the United States Trustee

/s/ Kristen Gliem
                                              
Kristen Gliem
for
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee