United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13962-amc |
| Nathan Rook Bakes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 23, 2026 | Form ID: 155 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nathan Rook Bakes, 516 Molly Pitcher Dr, Collegeville, PA 19426-3053 |
| 15055968 | + | AmSher Collection Services, 4524 Southlake Parkway Suite 15, Birmingham, AL 35244-3271 |
| 15055975 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 15055978 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15055983 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15055985 | | Wells Fargo, Attn: Bankruptcy, 3217 S Decker Lake Dr, W Valley City, UT 84119-3284 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15055967 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 24 2026 02:29:02 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15055968 | + | Email/Text: bsimmons@amsher.com | Apr 24 2026 02:30:00 | AmSher Collection Services, 4524 Southlake Parkway Suite 15, Birmingham, AL 35244-3271 |
| 15072698 | + | Email/Text: banko@bonncoll.com | Apr 24 2026 02:30:00 | Bonneville Collections, Po Box 150621, Ogden, UT 84415-0621 |
| 15055969 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2026 02:29:04 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15055970 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 24 2026 02:29:06 | Capital One Auto Finance, c/o Ais Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15059181 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 24 2026 02:29:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15076702 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 24 2026 02:29:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15061481 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 24 2026 02:28:56 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15055971 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 24 2026 02:28:56 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15055972 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 24 2026 02:30:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15055973 | | Email/Text: reports@halstedfinancial.com | Apr 24 2026 02:29:00 | Halsted Financial, PO Box 828, Skokie, IL 60076 |
| 15055974 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 24 2026 02:29:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15059229 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2026 02:28:56 | LVNV Funding, LLC, Resurgent Capital Services, |

District/off: 0313-2                     User: admin                          Page 2 of 3

Date Rcvd: Apr 23, 2026                  Form ID: 155                         Total Noticed: 27

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | PO Box 10587, Greenville, SC 29603-0587 |
| 15069647 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 24 2026 02:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15055976 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 24 2026 02:29:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15055977 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 24 2026 02:29:01 | Mohelaservcn, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15055979 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2026 02:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15055980 | ^ | MEBN | Apr 24 2026 02:25:10 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15055981 |  | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 24 2026 02:29:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 15055982 |  | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 24 2026 02:30:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15065376 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 24 2026 02:29:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 15055984 | ^ | MEBN | Apr 24 2026 02:24:41 | Uheaa/doe, Po Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15059230 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Nathan Rook Bakes help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Apr 23, 2026                       Form ID: 155                                    Total Noticed: 27

United States Trustee

          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Nathan Rook Bakes | ) | Case No. 25−13962−amc |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 22, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court