Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Nathan Rook Bakes
516 Molly Pitcher Dr
Collegeville, PA 19426-3053

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-13962-AMC**

Petition Filed Date: 09/30/2025
341 Hearing Date: 10/31/2025
Confirmation Date: 04/22/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2026 | $465.00 | | 01/28/2026 | $465.00 | | 02/17/2026 | $465.00 | |
| 03/16/2026 | $465.00 | | 04/14/2026 | $465.00 | | 05/14/2026 | $465.00 | |
| 06/15/2026 | $465.00 | | 07/14/2026 | $465.00 | | | | |

**Total Receipts for the Period: $3,720.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $4,185.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,085.00 | $3,862.80 | $222.20 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $575.61 | $0.00 | $575.61 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $567.52 | $0.00 | $567.52 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $460.37 | $0.00 | $460.37 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $1,641.69 | $0.00 | $1,641.69 |
| 5 | US DEPARTMENT OF EDUCATION<br>»» 005 | Unsecured Creditors | $7,109.70 | $0.00 | $7,109.70 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06P | Priority Crediors | $19,249.13 | $0.00 | $19,249.13 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $29,397.74 | $0.00 | $29,397.74 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 007 | Unsecured Creditors | $1,327.98 | $0.00 | $1,327.98 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $1,040.79 | $0.00 | $1,040.79 |
| 10 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $1,274.93 | $0.00 | $1,274.93 |
| 11 | BONNEVILLE COLLECTIONS<br>»» 010 | Unsecured Creditors | $976.05 | $0.00 | $976.05 |
| 12 | MIDLAND CREDIT MANAGEMENT INC<br>»» 011 | Unsecured Creditors | $668.40 | $0.00 | $668.40 |

**Chapter 13 Case No. 25-13962-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CAPITAL ONE AUTO FINANCE<br>»» 012 | Unsecured Creditors | $12,549.94 | $0.00 | $12,549.94 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,185.00 | Current Monthly Payment: | $465.00 |
| Paid to Claims: | $3,862.80 | Arrearages: | ($465.00) |
| Paid to Trustee: | $322.20 | Total Plan Base: | $26,970.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.